SMITH, Respondent, v. INTERNATIONAL POSTAL SUPPLY CO. OF NEW YORK et al., Appellants. (Supreme Court, Appellate Di-

vision, Second Department. October 13, 1896.) Action by Lyman C. Smith against the International Postal Supply Company of New York and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.